[No. 2601–3. Division Three. May 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD EDGAR COMBS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for

Kittitas County, No. C–7607, W. R. Cole, J., entered October 10, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.